■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MOISES BETANCOURT, Appellant. [937 NYS2d 856]

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348 [2007]). There is no basis for disturbing the jury's credibility determinations, including its resolution of minor inconsistencies in testimony. Concur—Mazzarelli, J.P., Saxe, Moskowitz, Freedman and Manzanet-Daniels, JJ.